UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWAYNE BACON,

                          Plaintiff,

      -v-                                               9:15-CV-1502
                                                          (DNH/CFH)

MR. PHELPS, formerly known as Phillips,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

DWAYNE BACON
Plaintiff pro se
44513-007
Oklahoma City Federal Transfer Center
Inmate Mail/Parcels
P.O. Box 898801
Oklahoma City, OK 73189

HON. GRANT C. JAQUITH                     CHARLES E. ROBERTS, ESQ.
United States Attorney for the               Ass't United States Attorney
   Northern District of New York
Attorney for Defendant
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Dwayne Bacon brought this civil rights action against the above named federal defendant pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). On July 31, 2018, the Honorable Christian F. Hummel,

United States Magistrate Judge, advised by Report-Recommendation that defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure be granted and that plaintiff's second amended complaint be dismissed in its entirety, with prejudice. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED; and

2. Plaintiff's second amended complaint is DISMISSED in its entirety, with prejudice.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

                                                                                                            _____
                                                                                                                  United States District Judge

Dated: August 29, 2018
           Utica, New York.